IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01061-RPM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

D&K CONSTRUCTION MANAGEMENT, INC.,
DOUGLAS CASEBIER,
KARYL CASEBIER, and
TYLER CASEBIER,

    Defendants.

---

ORDER RESETTING SCHEDULING CONFERENCE

---

Upon consideration of Plaintiff's Unopposed Motion to Reschedule Scheduling Conference [12], filed today, it is

ORDERED that the October 3, 2008, scheduling conference is vacated and the conference is rescheduled for **September 25, 2008, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on September 18, 2008.**

The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

Dated: September 9th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge