IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01061-RPM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

D&K CONSTRUCTION MANAGEMENT, INC.,
DOUGLAS CASEBIER,
KARYL CASEBIER, and
TYLER CASEBIER,

    Defendants.

## ORDER OF DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice [18], filed on March 23, 2009, it is

ORDERED that the complaint and action are dismissed with prejudice, each party to pay their own attorneys' fees and costs.

Dated: March 24th, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge